IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3COM CORPORATION, | No. CV 05-00098 VRW |
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| v. | |
| D-LINK SYSTEMS INC., | |
| Defendant. | |

The stipulation selecting ENE for ADR filed in the above captioned case is **GRANTED.**

**IT IS SO ORDERED**

Dated: June 24, 2005

Judge Vaughn R Walker
UNITED STATES DISTRICT JUDGE