1  JEFFREY E. OSTROW (BAR NO. 213118)
   jostrow@stblaw.com
2  SIMPSON THACHER & BARLETT LLP
   3330 Hillview Avenue
3  Palo Alto, CA 94304
   Telephone:   (650) 251-5000
4  Facsimile:   (650) 251-5002

5  HENRY B. GUTMAN (Admitted *Pro Hac Vice*)
   hgutman@stblaw.com
6  SIMPSON THACHER & BARLETT LLP
   425 Lexington Avenue
7  New York, NY 10017-3954
   Telephone:   (212) 455-2000
8  Facsimile:   (212) 455-2502

9  Attorneys for Plaintiff
   3COM CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| 3COM CORPORATION,       | Case No. CV 05-00098 VRW |
|                         |                          |
|          Plaintiff,     | PLAINTIFF 3COM CORPORATION'S |
|                         | NOTICE OF SUBSTITUTION OF |
|     v.                  | COUNSEL |
|                         |         |
| D-LINK SYSTEMS INC.,    |         |
|                         |         |
|          Defendant.     |         |

1  PLEASE TAKE NOTICE that Plaintiff 3COM Corporation hereby relieves the law
2  firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, as
3  its counsel of record in the above-referenced action. 3COM respectively requests that the
4  Court issue an order permitting the withdrawal of said counsel pursuant to Local Rule 11-5,
5  and substituting the law firm of Simpson Thacher & Bartlett LLP in its stead, which remains
6  3COM's counsel for all purposes in the above referenced action.

8  WE CONSENT TO THE ABOVE SUBSTITUTION AND WITHDRAWAL:

9  Dated: July 26, 2005.

HOWARD, RICE, NEMEROVSKI, CANADY,
FALK & RABIN
A Professional Corporation

By: _____
    Dirk M. Schenkkan

ON BEHALF OF SIMPSON THACHER & BARLETT LLP AND AS AUTHORIZED AGENT FOR PLAINTIFF 3COM CORPORATION, WE CONSENT TO AND ACCEPT THE ABOVE SUBSTITUTION:

Dated: July 25, 2005.

SIMPSON THACHER & BARTLETT LLP

By: _____
    Jeffrey E. Ostrow

IT IS SO ORDERED.

Dated: July ___, 2005.

By: _____
    THE HONORABLE VAUGHN R. WALKER
    UNITED STATES DISTRICT JUDGE