1  Jeffrey E. Ostrow (CSB No. 213118)
   SIMPSON THACHER & BARTLETT LLP
2  3330 Hillview Avenue
   Palo Alto, California 94304
3  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002

4  Henry B. Gutman (*pro hac vice*)
5  Jeremy S. Pitcock (*pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
6  425 Lexington Avenue
   New York, New York 10017
7  Telephone: (212) 455-2000
   Facsimile: (212) 455-2502

8  Attorneys for Plaintiff/Counterdefendant
9  3COM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS INC.,<br><br>Defendant. | Case No. Cv-05-00098 VRW<br><br>**STIPULATION TO ADJOURN THE FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:<br>Time:<br>Judge: Vaughn R. Walker |

The parties hereby stipulate, by and through their respective counsel, to an adjournment of the Further Case Management Conference, currently scheduled for December 6, 2005 at 9 a.m., to December 13, 2005 at 9 a.m.

1  Dated: November 22, 2005

Respectfully Submitted,
SIMPSON THACHER & BARTLETT LLP

By: /s/ Henry B. Gutman
Henry B. Gutman (*admitted pro hac vice*)

Attorneys for Plaintiff
3COM CORPORATION

Dated: November 22, 2005

FISH & RICHARDSON P.C.

By: /s/ David M. Barkan
David M. Barkan

Attorneys for Defendant
D-LINK SYSTEMS INC.

PURSUANT TO GENERAL ORDER NO. 45, SECTION X(B) REGARDING SIGNATURES, HENRY B. GUTMAN ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM DAVID M. BARKAN.

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2005
November 23, 2005

_____
Honorable Vaughn R. Walker
United States District Judge

STIPULATION TO ADJOURN THE FURTHER
CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
Case No. Cv-05-00098 VRW