1  Jeffrey E. Ostrow (CSB No. 213118)
   SIMPSON THACHER & BARTLETT LLP
2  3330 Hillview Avenue
   Palo Alto, California 94304
3  Telephone:    (650) 251-5000
   Facsimile:    (650) 251-5002
4

5  Henry B. Gutman (admitted *pro hac vice*)
   Jeremy S. Pitcock (admitted *pro hac vice*)
6  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
7  New York, New York 10017
   Telephone:    (212) 455-2000
8  Facsimile:    (212) 455-2502

9  Attorneys for Plaintiff/Counterdefendant
   3COM CORPORATION

10 David M. Barkan (CSB No. 160825/barkan@fr.com)
   FISH & RICHARDSON P.C.
11 500 Arguello St., Suite 500
   Redwood City, CA 94063
12 Telephone:    (650) 839-5070
   Facsimile:    (650) 839-5071
13

14 Joseph V. Colaianni (admitted *pro hac vice*/colaianni@fr.com)
   Ralph A. Phillips (admitted *pro hac vice*/phillips@fr.com)
15 FISH & RICHARDSON P.C.
   1425 K Street, N.W., Suite 1100
16 Washington D.C., 20005
   Telephone:    (202) 783-5070
17 Facsimile:    (202) 783-2331

18 Attorneys for Defendant/Counterplaintiff
   D-LINK SYSTEMS, INC.

19

20                    **UNITED STATES DISTRICT COURT**

21                   **NORTHERN DISTRICT OF CALIFORNIA**

22                       **SAN FRANCISCO DIVISION**

23 3COM CORPORATION,                          | Case No. Cv-05-00098-VRW

24            Plaintiff/Counterdefendant,

25       v.                                    **STIPULATION AND [~~PROPOSED~~]**
                                               **ORDER AMENDING CLAIM**
26 D-LINK SYSTEMS INC.,                        **CONSTRUCTION SCHEDULE**

27            Defendant/Counterplaintiff
                                                1
28 ─────────────────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER
   AMENDING CLAIM CONSTRUCTION SCHEDULE
                                                Case No. Cv-05-00098-VRW

The parties to the above-entitled action, Plaintiff/Counterdefendant 3Com Corporation ("3Com") and Defendant/Counterplaintiff D-Link Systems Inc. ("D-Link"), stipulate and agree, by and through their respective counsel, subject to the Court's approval, as follows:

1. The Scheduling Order of December 13, 2005 is amended with respect to claim construction briefing and the claim construction hearing as follows:

- March 10, 2006 – 3Com files Opening Brief on Claim Construction pursuant to Pat. L.R. 4-5.
- March 24, 2006 – D-Link files Responsive Brief on Claim Construction pursuant to Pat. L.R. 4-5.
- March 31, 2006 – 3Com files Reply Brief on Claim Construction pursuant to Pat. L.R. 4-5.
- April 14, 2006 – Claim Construction Hearing Pursuant to Pat. L.R. 4-6.

2. The standard page limits for Claim Construction briefs set forth in the Court's Standing Order 3.1 shall apply.  However, in the event 3Com elects to file a consolidated Opening Brief and/or Reply Brief for both this action and the related action at Case No. Cv-03-2177-VRW, the parties respectfully request that page limits for 3Com's Claim Construction briefs be combined with those in the related action.

Respectfully Submitted,

Dated: March 8, 2006

SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, CA  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

425 Lexington Avenue
New York, NY  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

By:   /s/ Henry B. Gutman

|   |   |
|---|---|
| 1 | Henry B. Gutman (admitted *pro hac vice*) |
| 2 | Attorneys for Plaintiff/Counterdefendant<br>3Com Corporation |

Dated: March 8, 2006

FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA  94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

1425 K Street, NW, Suite 1100
Washington, DC  20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

By:   /s/ David M. Barkan
      David M. Barkan (CSB No. 160825)

Attorneys for Defendant/Counterplaintiff
D-Link Systems, Inc.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: March 8, 2006

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Henry B. Gutman
      Henry B. Gutman (admitted *pro hac vice*)

Attorneys for Plaintiff/Counterdefendant
3Com Corporation

[PROPOSED] **ORDER**

IT IS SO ORDERED.

Dated:  March 10, 2006

_____
Vaughn R. Walker
Chief United States District Judge

GRANTED
Judge Vaughn R Walker

3

STIPULATION AND [PROPOSED] ORDER
AMENDING CLAIM CONSTRUCTION SCHEDULE

Case No. Cv-05-00098-VRW