RECEI E-Filing
06 MAR 27 PM 1:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| 3COM CORPORATION, | Case No. C 05-00098 VRW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| D-LINK SYSTEMS, INC., | |
| Defendant. | |

1    Kerry L. Konrad, an active member in good standing of the bar of the State of New
2 York, whose business address and telephone number is 425 Lexington Avenue, New York, New
3 York, 10017, (212) 455-2000, having applied in the above-entitled action for admission to practice
4 in the Northern District of California on a *pro hac vice* basis, representing Plaintiff 3COM
5 Corporation,
6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7 and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance
8 *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
9 application will constitute notice to the party. All future filings in this action are subject to the
10 requirements contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: March __, 2006          By _____
13     2 0 APR 2006                    The Honorable Vaughn R. Walker

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* – CASE NO. C 05-00098 VRW