**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   3COM CORPORATION,                    No    C   05-0098   VRW
12             Plaintiff,                  Related To:
13                                         No    C   03-2177   VRW
14             v                           ORDER
15   D-LINK SYSTEMS, INC,
16             Defendant.
17   _____/
18
19
20        The court is in receipt of the parties' letters regarding
21   two discovery-related disputes.  Doc ##122, 123.  3Com's request
22   for an order compelling production of certain non-party witnesses
23   for deposition in the United States, or in the alternative to
24   strike these witnesses' declaration's in support of D-Link's motion
25   //
26   //
27   //
28   //

for summary judgment, is DENIED.   3Com's request for an order
compelling D-Link to produce customer lists is likewise DENIED.
3Com may resort to FRCP 56(f) if and when appropriate.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge