1  David M. Barkan (CSB No. 160825/barkan@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello St., Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Joseph V. Colaianni (Admitted pro hac vice/colaianni@fr.com)
5  Ralph A. Phillips (Admitted pro hac vice/phillips@fr.com)
   FISH & RICHARDSON P.C.
6  1425 K Street, N.W., Suite 1100
   Washington, D.C. 20005
7  Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
8
   Attorneys for Defendant
9  D-LINK SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| 3COM CORPORATION, | Case No. C 05 00098 VRW |
| Plaintiff, | [PROPOSED] ORDER GRANTING D-LINK SYSTEMS, INC.'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| D-LINK SYSTEMS, INC., | |
| Defendant. | |

Defendant D-Link Systems, Inc.'s request for a one-day extension of time in which to file its reply brief in support of its motion for summary judgment of noninfringement is hereby granted. Defendant's reply brief was originally due on August 10, 2006, and is now due on August 11, 2006.

IT IS SO ORDERED.

Dated: __July 31, 2006_____    _____
                                     Honorable Vaughn R. Walker
                                     Chief Justice Of The U.S. District Court

50362858.doc

1                                            [PROPOSED] ORDER GRANTING
                                             Case No. C 05 00098 VRW