1  Jeffrey E. Ostrow (CSB No. 213118)
   SIMPSON THACHER & BARTLETT LLP
2  2550 Hanover Street
   Palo Alto, California 94304
3  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
4  E-mail: jostrow@stblaw.com

5  Henry B. Gutman (admitted *pro hac vice*)
   Kerry L. Konrad (admitted *pro hac vice*)
6  Victor Cole (admitted *pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
7  425 Lexington Avenue
   New York, New York 10017-3954
8  Telephone: 212-455-2000
   Facsimile: 212-455-2502
9  E-mail: hgutman@stblaw.com

10 Attorneys for Plaintiff/Counterdefendant
   3COM CORPORATION

11

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14              **SAN FRANCISCO DIVISION**

15 3COM CORPORATION,                | Case No. Cv-05-00098-VRW
16         Plaintiff/Counterdefendant, | [~~PROPOSED~~] **ORDER GRANTING 3COM CORPORATION'S REQUEST FOR AN EXTENSION OF TIME**
17         v.                        |
18 D-LINK SYSTEMS INC.,              |
19         Defendant/Counterplaintiff. |

20

21         Plaintiff 3Com Corporation's request for a five-day extension of time in which to

22 file its reply brief in support of its motion for summary judgment of infringement is hereby

23 granted. Plaintiff's reply brief, which was originally due on September 14, 2006, is now due on

24 September 19, 2006.

25         IT IS SO ORDERED.

26

27 Dated: September __14__, 2006     By: _____
                                         Honorable Vaughn R. Walker
                                         Chief Justice of the U.S. District Court
28

[PROPOSED] ORDER GRANTING 3COM CORPORATION'S
REQUEST FOR AN EXTENSION OF TIME
Case No. Cv-05-00098-VRW