Jeffrey E. Ostrow (CSB No. 213118/jostrow@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Henry B. Gutman (Admitted *pro hac vice/*hgutman@stblaw.com)
Kerry L. Konrad (Admitted *pro hac vice/*kkonrad@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

David M. Barkan (CSB No. 160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni (Admitted pro hac vice/colaianni@fr.com)
Ralph A. Phillips (Admitted pro hac vice/phillips@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington D.C., 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Defendant/Counterplaintiff
D-LINK SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>D-LINK SYSTEMS INC.,<br><br>            Defendant. | Case No. C 05-00098 VRW<br><br>**JOINT STIPULATION RE CASE SCHEDULE AND [PROPOSED] ORDER BASED ON FEBRUARY 6, 2007 CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Vaughn R. Walker** |

1  The parties to the above-entitled action, Plaintiff/Counterdefendant 3Com Corporation
2 ("3Com") and Defendant/Counterplaintiff D-Link Systems Inc. ("D-Link"), jointly submit this Case
3 Management Statement and Proposed Order setting forth the dates established by the Court during
4 the February 6, 2007 Case Management Conference. The parties respectfully request the Court to
5 adopt the proposed schedule as its Case Management Order.

## DISCLOSURES AND DISCOVERY

1.   For events following the Court's Claim Construction decision, entered January 26, 2007, the parties jointly propose the following schedule:

- March 1, 2007 – 3Com Motion for Reconsideration and Opening Brief re '625 patent due
- March 15, 2007 – D-Link Opposition re 3Com Motion for Reconsideration re '625 patent due
- March 22, 2007 – 3Com's Reply re 3Com Motion for Reconsideration re '625 patent due
- March 27, 2007 – Last day to serve Final Infringement Contentions if applicable under Patent L.R. 3-6
- April 2, 2007 – Parties to file proposals regarding timing of disclosure of any opinion relied upon as part of defense to willful infringement pursuant to Patent L.R. 3-8 in light of pending In re Seagate Petition Before Federal Circuit
- April 5, 2007 – Hearing on 3Com Motion for Reconsideration re '625 Patent
- April 16, 2007 – Last day to serve Final Invalidity Contentions if applicable under Patent L.R. 3-6
- June 25, 2007 – Expert reports on subjects for which the party bears the burden of proof due
- July 25, 2007 – Rebuttal expert reports due
- August 14, 2007 – Close of Fact discovery
- September 13, 2007 – Close of Expert discovery
- October 18, 2007 – Last day for parties to file dispositive motions
- November 29, 2007 – Hearing date for dispositive motions
- December 11, 2007 – Last day to meet and confer re Joint Pretrial Statement
- December 21, 2007 – Parties to file Joint Pretrial Statement
- January 8, 2008 – Pretrial Conference

- February 25, 2008 – Start of trial; scheduled for 5 trial days

## **TRIAL SCHEDULE**

2. Trial in this action (Case No. C 05-00098 VRW) will last 5 court days.

Dated: February 27, 2007                FISH & RICHARDSON P.C.


By:   \s\ *David M. Barkan*
          David M. Barkan

Attorneys for Defendant
D-LINK SYSTEMS INC.

Dated: February 27, 2007                SIMPSON THACHER & BARTLETT LLP


By:   \s\ *Kerry L. Konrad*
          Kerry L. Konrad

Attorneys for Plaintiff
3COM CORPORATION


Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kerry L. Konrad.

Dated: February 27, 2007                FISH & RICHARDSON P.C.


By:   \s\ *David M. Barkan*
          David M. Barkan

Attorneys for Defendant
D-LINK SYSTEMS INC.

**ORDER**

IT IS SO ORDERED.

Dated: \_\_\_\_\_March 5\_\_\_\_\_, 2007



_____
Honorable Vaughn R. Walker
United States District Judge