Jeffrey E. Ostrow (CSB No. 213118)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: jostrow@stblaw.com

Henry B. Gutman (admitted *pro hac vice*)
Kerry L. Konrad (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: 212-455-2000
Facsimile: 212-455-2502
E-mail: hgutman@stblaw.com

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

David M. Barkan (CSB No. 160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni (Admitted *pro hac vice*/colaianni@fr.com)
Ralph A. Phillips (Admitted *pro hac vice*/phillips@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington D.C., 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Defendant/Counterplaintiff
D-LINK SYSTEMS, INC. (Case No. Cv-05-00098-VRW)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 3COM CORPORATION,<br><br>        Plaintiff/Counterdefendant,<br><br>    v.<br><br>D-LINK SYSTEMS INC.,<br><br>        Defendants/Counterplaintiffs. | Case No. Cv-05-00098-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DATES IN BRIEFING SCHEDULE OF MOTION FOR RECONSIDERATION**<br><br>Date:    April 5, 2007<br>Time:    2:00 pm<br>Judge:   Vaughn R. Walker<br>Courtroom: 6, 17th Floor |

WHEREAS, 3Com's opening brief in support of its motion for reconsideration is due to be filed on March 1, 2007, and D-Link's brief in opposition to 3Com's motion for reconsideration is due to be filed on March 15, 2007, pursuant to Order of the Court entered on February 6, 2007, following a Case Management Conference held in this matter,

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request the Court to order as FOLLOWS:

1. 3Com shall file its motion for reconsideration no later than March 2, 2007;

2. D-Link shall file its opposition to 3Com's motion for reconsideration no later than March 16, 2007; and

3. 3Com's reply shall be filed no later than March 22, 2007, in accordance with the Court's prior Order.

Dated: March 1, 2007

SIMPSON THACHER & BARTLETT LLP

By: /s/ Kerry L. Konrad
   Kerry L. Konrad
   (*pro hac vice*)
Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

FISH & RICHARDSON P.C.

By: /s/David M. Barkan
   David M. Barkan
   (State Bar No. 160825)
Attorneys for Defendant/Counterplaintiff
D-LINK SYSTEMS, INC.

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

2 penalty of perjury that concurrence in the filing of this document has been obtained from David

3 M. Barkan.

SIMPSON THACHER & BARTLETT LLP

By: /s/ Kerry L. Konrad
  Kerry L. Konrad
  (*pro hac vice*)
  Attorneys for Plaintiff/Counterdefendant
  3COM CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: \_\_\_\_March 5\_\_\_\_, 2007



Hon. Judge Vaughn R. Walker
United States District Judge