1  Jeffrey E. Ostrow (CSB No. 213118/jostrow@stblaw.com)
   SIMPSON THACHER & BARTLETT LLP
2  2550 Hanover Street
   Palo Alto, California 94304
3  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
4
   Henry B. Gutman (Admitted *pro hac vice*/hgutman@stblaw.com )
5  Kerry L. Konrad (Admitted *pro hac vice*/kkonrad@stblaw.com)
   SIMPSON THACHER & BARTLETT LLP
6  425 Lexington Avenue
   New York, New York 10017
7  Telephone: (212) 455-2000
   Facsimile: (212) 455-2502
8
   Attorneys for Plaintiff/Counterdefendant
9  3COM CORPORATION

10 David M. Barkan (CSB No. 160825/barkan@fr.com)
   FISH & RICHARDSON P.C.
11 500 Arguello St., Suite 500
   Redwood City, CA 94063
12 Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
13
   Joseph V. Colaianni (Admitted *pro hac vice*/colaianni@fr.com)
14 Ralph A. Phillips (Admitted *pro hac vice*/phillips@fr.com)
   FISH & RICHARDSON P.C.
15 1425 K Street, N.W., Suite 1100
   Washington D.C., 20005
16 Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
17
   Attorneys for Defendant/Counterplaintiff
18 D-LINK SYSTEMS INC.

19                   UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21                       (SAN FRANCISCO DIVISION)
22

| 3COM CORPORATION, | Case No. C 05-00098 VRW |
|---|---|
| Plaintiff/Counterdefendant, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATE OF SERVICE OF FINAL INVALIDITY CONTENTIONS WITH RESPECT TO U.S. PATENT NO. 6,327,625** |
| v. | |
| D-LINK SYSTEMS INC., | |
| Defendant/Counterplaintiff. | Judge: Vaughn R. Walker |

1  WHEREAS, on December 18, 2006, the Court granted summary judgment in favor of Defendant/Counterplaintiff D-Link Systems Inc. ("D-Link") with respect to U.S. Patent No. 6,327,625 ("the '625 patent");

WHEREAS, on March 2, 2007, Plaintiff/Counterdefendant 3Com Corporation ("3Com") moved the Court to reconsider its summary judgment order;

WHEREAS, this motion is scheduled to be heard on April 5, 2007;

WHEREAS, on March 27, 2007, pursuant to the Case Management Order entered on March 5, 2007 ("Case Management Order"), 3Com served its Final Infringement Contentions pursuant to Patent L.R. 3-6, including claims with respect to the '625 patent;

WHEREAS, pursuant to the Case Management Order, D-Link's Final Invalidity Contentions pursuant to Patent L.R. 3-6 are scheduled to be served on April 16, 2007; and

WHEREAS, the parties agree that if the Court does not grant 3Com's motion for reconsideration and reverse its summary judgment order of December 18, 2006, it will be unnecessary for D-Link to prepare Final Invalidity Contentions with respect to the '625 patent;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and between the undersigned counsel as follows:

1. D-Link will not be required to file Final Invalidity Contentions on April 16, 2007, with respect to the '625 patent, but will still be required to submit Final Invalidity Contentions with respect to U.S. Patent No. 6,570,884.

2. If the Court grants 3Com's motion for reconsideration and reverses its summary judgment order, D-Link will file Final Invalidity Contentions with respect to the '625 patent twenty days after such ruling.

Dated: April 5, 2007                                      FISH & RICHARDSON P.C.


By:  \s\ *David M. Barkan*
     David M. Barkan

Attorneys for Defendant/Counterplaintiff
D-LINK SYSTEMS INC.

Dated: April 5, 2007                                      SIMPSON THACHER & BARTLETT LLP


By:  \s\ *Kerry L. Konrad*
     Kerry L. Konrad (*pro hac vice*)

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION


Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kerry L. Konrad.

Dated: April 5, 2007                                      FISH & RICHARDSON P.C.


By:  \s\ *David M. Barkan*
     David M. Barkan

Attorneys for Defendant/Counterplaintiff
D-LINK SYSTEMS INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____April 13_____, 2007



_____
Honorable Judge Vaughn R Walker
United States District Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
DATE OF SERVICE OF FINAL INVALIDITY CONTENTIONS WITH
RESPECT TO U.S. PATENT NO. 6,327,625
Case No. C 05-00098 VRW