David M. Barkan (CSB No. 160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni (Admitted *pro hac vice*/colaianni@fr.com)
Ralph A. Phillips (Admitted *pro hac vice*/phillips@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Defendant
D-LINK SYSTEMS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| 3COM CORPORATION,<br><br>         Plaintiff,<br><br>   v.<br><br>D-LINK SYSTEMS, INC.,<br><br>         Defendant. | Case No. C 05 00098 VRW<br><br>**[PROPOSED] ORDER GRANTING D-LINK SYSTEMS, INC.'S REQUEST FOR EXTENSION OF TIME** |

Defendant D-Link Systems, Inc.'s request for a two-week extension of the deadlines for expert reports IS HEREBY GRANTED. Parties' opening expert reports were originally to have been exchanged on June 25, 2007, and are now to be exchanged on July 9, 2007. Rebuttal expert reports were originally to have been exchanged on July 25, 2007, and are now to be exchanged on August 8, 2007. Expert discovery was originally to have closed on September 13, 2007, and will now close on September 27, 2007.

IT IS SO ORDERED.

Dated: __6/22/2007_____

_____
Honorable Vaughn R. Walker
Chief Justice

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

50421829.doc

[PROPOSED] ORDER GRANTING D-LINK SYSTEMS, INC.'S
REQUEST FOR EXTENSION OF TIME
Case No. C 05 00098 VRW