SIMPSON THACHER & BARTLETT LLP
Jeffrey E. Ostrow (CSB No. 213118)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: jostrow@stblaw.com

Henry B. Gutman (admitted *pro hac vice*)
Kerry L. Konrad (admitted *pro hac vice*)
Victor Cole (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: hgutman@stblaw.com

FISH & RICHARDSON P.C.
David M. Barkan (CSB No. 160825)
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: barkan@fr.com

Joseph V. Colaianni (admitted *pro hac vice*)
Ralph A. Phillips (admitted *pro hac vice*)
1425 K Street, N.W., Suite 1100
Washington D.C., 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 3COM CORPORATION,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>D-LINK SYSTEMS INC.,<br><br>    Defendant/Counterplaintiff. | Case No. Cv-05-00098-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER SUSPENDING DISCOVERY SCHEDULE IN LIGHT OF PENDING SETTLEMENT** |

WHEREAS, the parties in the above-captioned action have reached an agreement-in-principle to settle all of their outstanding claims and counterclaims in this action, and anticipate

the prompt preparation and execution of a definitive settlement agreement according to the agreed-upon terms;

WHEREAS, pursuant to the Court's order dated June 22, 2007, the parties were to exchange rebuttal expert reports on August 8, 2007;

WHEREAS, the parties have served various discovery requests upon each other and certain non-parties, which are pending;

WHEREAS, the parties wish to avoid undue cost and expense in connection with further submissions and compliance with discovery demands pending settlement of this action;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request the Court to order as follows:

1. The exchange of rebuttal expert reports, and the parties' responses to all pending discovery requests, shall be adjourned to enable the parties to consummate their contemplated settlement;

2. If the parties are unable to execute a mutually satisfactory settlement agreement within thirty (30) days, within two weeks thereafter the parties shall meet and confer and present to the Court a proposed revised schedule for the completion of discovery in this case.

Dated: August 8, 2007

By: /s/ Kerry L. Konrad
Kerry L. Konrad
(*pro hac vice*)
Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

By: /s/ David M. Barkan
David M. Barkan
(State Bar No. 160825)
Attorneys for Defendant/Counterplaintiff
D-LINK SYSTEMS, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

    SIMPSON THACHER & BARTLETT LLP

    By: /s/ Kerry L. Konrad
        Kerry L. Konrad
        (*pro hac vice*)
    Attorneys for Plaintiff/Counterdefendant
    3COM CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: \_\_\_\_August 13\_\_\_, 2007



Honorable Vaughn R. Walker
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER SUSPENDING
DISCOVERY SCHEDULE IN LIGHT OF PENDING SETTLEMENT
Case No. Cv-05-00098-VRW