SIMPSON THACHER & BARTLETT LLP
Jeffrey E. Ostrow (CSB No. 213118)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: jostrow@stblaw.com

Henry B. Gutman (admitted *pro hac vice*)
Kerry L. Konrad (admitted *pro hac vice*)
Victor Cole (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: hgutman@stblaw.com

FISH & RICHARDSON P.C.
David M. Barkan, Esq. (CBS No. 160825)
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
E-mail: barkan@fr.com

Joseph V. Colaianni (admitted *pro hac vice*)
Ralph A. Phillips (admitted *pro hac vice*)
1425 K. Street, N.W., Suite 1100
Washington D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>    Defendant/Counterplaintiff. | Case No. C05-0098 (VRW)<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff and Counterdefendant 3Com Corporation, Inc. ("3Com"), by its counsel Simpson Thacher & Bartlett LLP, and Defendant and Counterplaintiff D-Link Systems, Inc. ("D-Link"), by its counsel Fish & Richardson P.C., hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of 3Com and D-Link, IT IS HEREBY ORDERED that:

1. The Action, including, without limitation, all claims asserted against D-Link in the Action and all counterclaims asserted against 3Com in the Action, is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys fees.

AGREED TO AND ACCEPTED:

Dated: October 9, 2007

SIMPSON THACHER & BARTLETT LLP

By: /s/ Kerry L. Konrad
    Kerry L. Konrad

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

Dated: October 9, 2007

FISH & RICHARDSON P.C.

By: /s/
    David M. Barkan

Attorneys for Defendant/Counterplaintiff
D-LINK SYSTEMS, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: October 9, 2007

SIMPSON THACHER & BARTLETT LLP

By: _____
Kerry L. Konrad

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

SO ORDERED:

Dated: October 11, 2007

_____
The Honorable Vaughn R. Walker
United States District Judge